UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-63171-WPD

PLANTATION SPINAL CARE CENTER, INC.,
a Florida Corporation, a/a/o Alejandro Leal,
on behalf of itself and all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE having come before the court on the Plaintiff's Stipulation of Dismissal [DE 40]. The Court has carefully reviewed said Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 40] is hereby **APPROVED**;

2. This action is **DISMISSED** with prejudice as to all claims by Plantation Spinal Care Center, Inc. against Progressive American Insurance Company and **DISMISSED** without prejudice as to all claims of the Class of all those similarly situated against Progressive American Insurance Company.

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 6th day of December, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record